IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE S. THOMPSON, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RODERICK Q. HICKMAN, <br><br> Defendant. _____/ | No. C 79-01630 WHA <br><br> **NOTICE OF CHANGED CASE CAPTION** |

    The case caption for this action is being changed, pursuant to Federal Rule of Civil Procedure 25(d)(1), to reflect the fact that former defendant Jiro J. Enomoto no longer serves as the chief of the California agency that administers state prisons. Roderick Q. Hickman is the secretary of the California Department of Corrections and Rehabilitation. The case will now be called *Maurice S. Thompson v. Roderick Q. Hickman*.

    Counsel for the parties shall notify the Court it the name of the plaintiff ought to be changed.

    **IT IS SO ORDERED.**

Dated: December 13, 2005

                                                       WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE