IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAURICE S. THOMPSON, on behalf of himself and all others similarly situated,

    Plaintiff,

  v.

RODERICK Q. HICKMAN,

    Defendant.
                                 /

No. C 79-01630 WHA

**ORDER RE FILING BY DOUGLAS CLARK**

      Douglas Clark has filed papers in the instant case seeking several orders. Many of them concern a 1988 modification to the consent decree that controls this case. On January 19, 1988, this Court ordered that prisoners be given notice of that proposed modification. The time for responses to that proposed modification is now nearly 18 years past. Mr. Clark's requests for modification of that decree are therefore **DENIED** as untimely. To the extent his request for relief are effectively comments upon the proposed modification of the operative consent decree, they will be accepted as such, reviewed and provided to all counsel. All other requests are **DENIED** on grounds that they are incoherent and/or unsupported by evidence.

      **IT IS SO ORDERED.**

Dated: December 13, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE