IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE S. THOMPSON, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>RODERICK Q. HICKMAN, Secretary, California Department of Corrections and Rehabilitation,<br><br>    Defendant. | No. C 79-01630 WHA<br><br>**ORDER RE SCHEDULING AND PLAINTIFF** |

Pursuant to Civil Local Rule 72-1, counsel for the parties and objector Freddie Fuiava are **REFERRED TO MAGISTRATE JUDGE EDWARD CHEN** for a mediation session on the proposed consent-decree modification. Judge Chen will advise counsel of the date, time and place of the session. The hearing must take place by March 9, 2006, to accommodate the following schedule.

• **MARCH 16, 2006:** Objector Fuiava submits supplemental brief on modification to consent decree.

• **MARCH 23, 2006:** Defendant and plaintiffs respond to Fuiava brief on modification of consent decree.

• **MARCH 23, 2006:** Opposition brief due on motion to intervene.

• **MARCH 30, 2006:** Reply brief due on motion to intervene. Plaintiffs provide list of lead plaintiffs who remain in the class.

- **8 A.M., APRIL 6, 2006:** Hearing on motion to intervene and on modification of consent decree.

**IT IS SO ORDERED.**

Dated: February 9, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE