IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE S. THOMPSON ET AL., on behalf of themselves and all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JEANNE S. WOODFORD, Acting Secretary, California Department of Corrections and Rehabilitation,<br><br>Defendant. | No. C 79-01630 WHA<br><br>**ORDER RE CLASS CERTIFICATION** |

Counsel for the parties are **ORDERED** to file with the Court a copy of any order certifying a class in the above-named action. If there is no such order, parties are each ordered to file a brief not longer than five pages on the impacts and potential impacts of this fact on the action. The copy of the order, or briefs on its absence, must be filed by **2 P.M., MONDAY, APRIL 3, 2006**.

**IT IS SO ORDERED.**

Dated: March 29, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE