IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE THOMPSON ET AL., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JEANNE S. WOODFORD, Acting Secretary, California Department of Corrections and Rehabilitation,<br><br>    Defendant.<br>_____/ | No. C 79-01630 WHA<br><br>**ORDER RE DEFENDANTS** |

The original complaint in this action listed two defendants, Jiro J. Enomoto, director of the state Department of Corrections, and George W. Sumner, the warden of San Quentin prison. Most recently, case captions have reflected only one defendant, Jeanne S. Woodford, who is the head of the successor agency to the state Department of Corrections. Parties **SHALL NOTIFY THE COURT BY WEDNESDAY, APRIL 5, 2006**, whether Acting Secretary Woodford is the only defendant remaining in this action. If she is not, parties must notify the Court of the identities of any additional defendants.

**IT IS SO ORDERED.**

Dated: April 3, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE