IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE THOMPSON ET AL., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JEANNE S. WOODFORD, Acting Secretary, California Department of Corrections and Rehabilitation,<br><br>    Defendant.<br>_____ / | No. C 79-01630 WHA<br><br>**NOTICE RE HEARING** |

    At the hearing scheduled for this Thursday, defendant and counsel for former plaintiffs should be prepared to discuss class-certification issues and the procedural history of the case. They should bring all documentation from case files that may assist the Court in considering the class-certification issues. They also should be prepared to inform the Court of the date on which the last of the former plaintiffs left Death Row. Counsel for the would-be intervenor should appear at the hearing.

    **IT IS SO ORDERED.**

Dated: April 4, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE