IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE THOMPSON ET AL., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>JEANNE S. WOODFORD, Acting Secretary, California Department of Corrections and Rehabilitation,<br><br>    Defendant.<br>                                              / | No. C 79-01630 WHA<br><br>**ADDITIONAL ORDER RE APRIL 6 HEARING** |

    The original consent decree in this action provided that the Court's jurisdiction over it would terminate in 1981. The termination date was extended.

    Counsel should come to the hearing prepared to tell the Court either (1) that jurisdiction has terminated, when it was terminated and by what means it terminated *or* (2) that jurisdiction continues to the present day, and by what order or other authority it was extended.

    **IT IS SO ORDERED.**

Dated: April 4, 2006

                                               WILLIAM ALSUP<br>
                                               UNITED STATES DISTRICT JUDGE