1  PRISON LAW OFFICE
   DONALD SPECTER #83925
2  STEVEN FAMA #99641
   General Delivery
3  San Quentin, CA 94964
   Telephone: (415) 457-9144
4  Facsimile: (415) 457-9151
   Attorneys for Plaintiffs
5

6
                          UNITED STATES DISTRICT COURT
7
                         NORTHERN DISTRICT OF CALIFORNIA
8

9

10
   MAURICE S. THOMPSON, et al.                  No. C 79-01630 WHA
11
                  Plaintiffs                    STIPULATION AND [PROPOSED]
12                                              ORDER RE: SCHEDULE

13  v.

14
    JEANNE WOODFORD, et al.,
15
                  Defendants.
16  _____

17
    FREDDIE FUIAVA,
18
                  Intervener.
19

20

21

22      The parties in the above captioned matter hereby stipulate to the following

23  schedule:

24      1)  Plaintiffs shall file their Motion to Add Plaintiffs as Certified

25          Representatives of the Proposed Class, and supporting affidavits, by June 1,

26          2006;

27

28  Stipulation and Order re Schedule
    *Thompson v. Woodford*, C 79-01630 WHA          1

1   2)   Notice of the proposed modification to the consent decree shall be provided to the purported class of all male inmates housed on California's death row by June 15, 2006, and a copy of the notice shall be filed with the Court on or before June 15, 2006;

3)   Comments from the purported class regarding the proposed modification shall be received by July 13, 2006;

4)   Plaintiffs shall file their Motion for Class Certification and Motion to Approve Modification to the Consent Decree by July 20, 2006;

5)   Defendants and Intervenors shall file any responses to all motions by August 3, 2006;

6)   Plaintiffs shall file any reply by August 10, 2006;

7)   A hearing on the Motion to Add Plaintiffs as Certified Class Representatives, Motion for Class Certification, and Motion to Approve Modifications to Consent Decree shall take place on August 17, 2006 at 8:00 a.m., in Courtroom 9, 19th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.


Dated: April 13, 2006

　　　　/s/
Donald Specter
Attorney for Plaintiffs



Dated: April 13, 2006

　　　　/s/
Rochelle C. East
Supervising Deputy Attorney General


Stipulation and Order re Schedule
*Thompson v. Woodford*, C 79-01630 WHA          2

1  Dated: April 13, 2006

2  _____/s/_____
   Charles Carbone
3  Attorney for Intervener Fuiava

4
   IT IS SO ORDERED.
5

6  Dated:  April 17, 2006 _____

7

8  _____
   WILLIAM ALSUP
9  UNITED STATES DISTRICT JUDGE



Stipulation and Order re Schedule
28 *Thompson v. Woodford*, C 79-01630 WHA            3