IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAURICE THOMPSON ET AL., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

JEANNE S. WOODFORD, Acting Secretary, California Department of Corrections and Rehabilitation, and EDDIE YLST, Acting Warden, San Quentin State Prison,

Defendants.

No. C 79-01630 WHA

**ORDER RE CASE NAME**

Jeanne S. Woodford has been replaced as acting secretary of the California Department of Corrections and Rehabilitation. Her replacement is James E. Tilton. Future filings in this action will bear his name, not hers, as a defendant.

**IT IS SO ORDERED.**

Dated: May 8, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE