IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE THOMPSON ET AL., on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and EDDIE YLST, Acting Warden, San Quentin State Prison,<br><br>  Defendants. | No. C 79-01630 WHA<br><br>**ORDER DENYING CHISM MOTION TO INTERVENE** |

A Death-Row inmate, Calvin Chism, moves to intervene pursuant to Federal Rule of Civil Procedure 24(a). To intervene as a plaintiff under FRCP 24(a), an applicant must prove that the other plaintiffs might not adequately represent the applicant's interests. FRCP 24(a)(2); *Trbovich v. United Mine Workers of Am.*, 404 U.S. 528, 538 (1972). Applicant provides no reason to believe that intervenor Freddie Fuiava might not adequately represent his interests. The motion to intervene therefore is **DENIED**.

As noted in previous orders, the Court cannot allow all Death Row inmates to intervene separately. All motions to intervene therefore will be considered carefully, giving motions made pro se a liberal construction, and granted only with great care. Potential intervenors should consider carefully whether intervenor or plaintiffs adequately represent their interests.

1 **THE CLERK SHALL SERVE THIS ORDER ON CALVIN CHISM AT THE ADDRESS ON HIS MOTION.**

**IT IS SO ORDERED.**

Dated: May 18, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2