IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE THOMPSON ET AL., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and EDDIE YLST, Acting Warden, San Quentin State Prison,<br><br>Defendants.<br>_____/ | No. C 79-01630 WHA<br><br><br><br>**ORDER RE HEARING** |

Counsel for plaintiffs, defendants and intervenor should be prepared to address the effect of the Prison Litigation Reform Act of 1995 on the pending motion for modification of the consent decree. Specifically, the Court needs to assess the constraints imposed by 18 U.S.C. 3626(a), 3626(c)(1), 3626(e)(1) and 3626(g).

In addition, defendants' counsel should be prepared to inform the Court whether there has been a change in the acting warden at San Quentin State Prison.

**IT IS SO ORDERED.**

Dated: August 15, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE