IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and EDDIE YLST, Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**NOTICE RE CASE MANAGEMENT CONFERENCE** |

Please take notice that the Court has scheduled a case management conference for **November 16, 2006** at **11:00 a.m** to address the future of this case. The Court would also like to discuss with all counsel whether the four attorney-malpractice cases filed by prisoners should be consolidated with this case (*Pinholster v. Specter*, C 05-05213; *Lopez v. Specter*, C 06-02007; *Manibusan v. Specter*, C 05-04868; *Serna v. Specter*, C 06-02006). Counsel for all parties shall identify specific violations they wish to have litigated going forward. Please file this by **November 7, 2006**. In doing this, class counsel shall meet with each of the class representatives.

1    With respect to any alleged and continuing violations, the undersigned and his staff
2 would like to visit the prison for the purpose of taking a view of all facilities alleged to be in
3 noncompliance.  Would the defense counsel please help arrange such a visit?

**IT IS SO ORDERED.**

Dated: October 19, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE