IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**ORDER RE CASE NAME AND REQUESTING RESPONSE TO PLAINTIFFS' MOTION TO STAY PENDING APPEAL** |

Eddie Ylst has been replaced as acting warden of the California Department of Corrections and Rehabilitation. His replacement is Robert L. Ayers, Jr. Future filings in this action will now bear Ayers, not Ylst, as a defendant.

In addition, the Court requests that Intevenor Fuiva and defendants file responses to plaintiffs' "Motion for Stay Pending Appeal" by **12:00 P.M.** on **TUESDAY, NOVEMBER 14, 2006**.

**IT IS SO ORDERED.**

Dated: November 9, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE