United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>    Plaintiffs,<br><br>  v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>    Defendants. | No. C 79-01630 WHA<br><br>**NOTICE RE HEARING** |

For the hearing on November 16, counsel for plaintiffs will please bring copies of any documents filed with the Ninth Circuit regarding the most recent appeal, including but not limited to any petition for permission to appeal.

**IT IS SO ORDERED.**

Dated: November 15, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE