IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and EDDIE YLST, Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**ORDER EXTENDING TIME FOR PLAINTIFFS TO FILE MOTION** |

The stipulated request for an extension of time to file an enforcement motion, motion to amend the complaint, and/or other comparable motion is **GRANTED**. This motion must be filed on or before **APRIL 2, 2007.** For case management purposes, this is the last extension. There is a public interest in litigation and cases coming to an end. No further requests for an extension, even if stipulated to, will be entertained.

This order does not affect the schedule for the motion for attorney's fees, which remains due on **FEBRUARY 1, 2007**.

**IT IS SO ORDERED.**

Dated: January 19, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE