PRISON LAW OFFICE
DONALD SPECTER (SBN 83925)
STEVEN FAMA (SBN 99641)
RACHEL FARBIARZ (SBN 237896)
General Delivery
San Quentin, CA 94964
Telephone: (415) 457-9144
Facsimile: (415) 457-9151
DSpecter@prisonlaw.com
SFama@prisonlaw.com
Farbiarz@prisonlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, et al.<br><br>Plaintiffs<br><br>v.<br><br>JAMES E. TILTON, et al.,<br><br>Defendants.<br>_____<br><br>FREDDIE FUIAVA,<br><br>Intervenor. | No. C 79-01630 WHA<br><br>**[PROPOSED] ORDER AWARDING ATTORNEY'S FEES** |

1  Pursuant to the parties stipulation, the Court hereby orders Defendants to pay
2  Plaintiffs' reasonable attorney's fees and expenses from January 1, 1999 through
3  December 31, 2006 in the amount of $141,797.63.  Defendants are to pay Plaintiffs' fees
4  and expenses within 45 days of this order.

6  IT IS SO ORDERED.

7  February 6, 2007

8  _____
   Judge William H. Alsup

[PROPOSED] Order Awarding Attorney's Fees
*Lancaster v. Tilton*, C 79-01630 WHA

2