IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and EDDIE YLST, Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**ORDER RE BRIEFING SCHEDULE** |

After considering the parties' stipulation, the following schedule will be set. Defendants' oppositions will be due by **MAY 10, 2007.** Replies will be due by **MAY 29, 2007.** The hearing will be held on **JUNE 14, 2007**, at **8:00 A.M.** Please do not ask for further extensions.

**IT IS SO ORDERED.**

Dated: April 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE