IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,

    Plaintiffs,

  v.

JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,

    Defendants.

No. C 79-01630 WHA

**NOTICE RE ORDER OF CLARIFICATION**

    The Court believed that the attached Order of Clarification, signed on November 16, 2006, was filed on that date. The Court learned today, however, that the order was not on file, possibly provided directly to counsel at a hearing. At all events, the order is now filed and part of the record.

    **IT IS SO ORDERED.**

Dated: June 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE