IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>    Plaintiffs,<br><br>  v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>    Defendants.<br>                                                        / | No. C 79-01630 WHA<br><br>**NOTICE RE HEARING** |

    At the hearing tomorrow, the Court will allocate one hour and thirty minutes to oral argument on the pending motions. Counsel should plan accordingly.

    In addition, if possible, by **5:00 P.M.** today, **JUNE 13, 2007**, counsel for defendants will please electronically file floor plans or other appropriate diagrams of East Block, the Adjustment Center, North Segregation, and the group and individual exercise yards. Counsel should also include a map the entire prison complex with the relevant buildings highlighted.

**IT IS SO ORDERED.**

Dated: June 13, 2007.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE