PRISON LAW OFFICE
DONALD SPECTER (SBN 83925)
STEVEN FAMA (SBN 99641)
RACHEL FARBIARZ (SBN 237896)
General Delivery
San Quentin, CA 94964
Telephone: (415) 457-9144
Facsimile: (415) 457-9151
DSpecter@prisonlaw.com
SFama@prisonlaw.com
Farbiarz@prisonlaw.com
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, et al.<br><br>Plaintiffs<br><br>v.<br><br>JAMES E. TILTON, et al.,<br><br>Defendants.<br>_____<br><br>FREDDIE FUIAVA,<br><br>Intervenor. | No. C 79-01630 WHA<br><br>[PROPOSED] ORDER AWARDING ATTORNEY'S FEES AND COSTS AND RESERVING RIGHTS |

1     Pursuant to the parties' stipulation, the Court hereby orders Defendants to pay
2 Plaintiffs' reasonable attorney's fees and costs dating from January 1, 2007 through June
3 30, 2007 in the amount of $79,212.58.  Defendants are to pay Plaintiffs' fees and costs
4 within 45 days of this Order.  If, within 45 days of this Order, the budget for the State of
5 California  has not yet been passed, Defendants will then have 45 days from the date the budget
6 is passed to pay Plaintiffs undisputed fees and costs.
7     Further pursuant to the parties' stipulation, Plaintiffs reserve all rights to seek
8 recovery of all Plaintiffs' disputed fees and costs dating from the period of January 1,
9 2007 through June 30, 2007 and totaling $71,842.31, including through a motion to
10 compel.
11    After the Court has issued a decision on all those matters brought before it by Plaintiffs in
12 their motions of April 2, 2007, Plaintiffs and Defendants will continue to meet and confer on the
13 payment of Plaintiffs' disputed fees and costs dating from the period of January 1, 2007 through
14 June 30, 2007.  If after further meeting and conferring on Plaintiffs' disputed fees and costs the
15 parties cannot reach agreement, Plaintiffs will have six months from the issuance of the Court's
16 decision on all those issues brought before it by Plaintiffs in their motions of April 2, 2007
17 within which to bring a motion to compel their disputed fees and costs dating from the period of
18 January 1, 2007 through June 30, 2007.

20    PURSUANT TO STIPULATION, IT IS SO ORDERED.

22    July 31, 2007                                   _____
                                                      Judge William H. Alsup

28    [PROPOSED] Order Awarding Attorney's Fees and Costs and Reserving Rights
      *Lancaster v. Tilton*, C 79-01630 WHA                    2