United States District Court

For the Northern District of California

1

2

3

4

5

6        IN THE UNITED STATES DISTRICT COURT

7        FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   ANDREW LANCASTER, JEFFERY MILLS,          No. C 79-01630 WHA
     DEXTER WILLIAMS, WILLIAM DENNIS,
11   STEVE LIVADITIS, JIMMY VAN PELT,
     H. LEE HEISHMAN III AND JOHNATON
12   GEORGE,                                   **ORDER REQUESTING
                                               RESPONSE**
13              Plaintiffs,

14        v.

15   JAMES E. TILTON, Acting Secretary,
     California Department of Corrections and
16   Rehabilitation, and ROBERT L. AYERS, JR.,
     Acting Warden, San Quentin State Prison,
17
                Defendants.
18   _____/

19

20        Any response by plaintiffs and intervenor to defendants' corrective action plan must be

21   filed by **NOON** on **AUGUST 20, 2007**.  Any reply memorandum by defendants must be filed by

22   **NOON** on **AUGUST 23, 2007**.

23

24        **IT IS SO ORDERED.**

25

26   Dated:  August 14, 2007.                  _____
                                               WILLIAM ALSUP
27                                             UNITED STATES DISTRICT JUDGE

28