United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW LANCASTER, JEFFERY MILLS,
DEXTER WILLIAMS, WILLIAM DENNIS,
STEVE LIVADITIS, JIMMY VAN PELT,
H. LEE HEISHMAN III AND JOHNATON
GEORGE,

             Plaintiffs,

   v.

JAMES E. TILTON, Acting Secretary,
California Department of Corrections and
Rehabilitation, and ROBERT L. AYERS, JR.,
Acting Warden, San Quentin State Prison,

             Defendants.
                                          /

No. C 79-01630 WHA

**ORDER RE NOTICE OF CLASS
DEFICIENCY**

    Plaintiffs' counsel must notify the Court of their process in securing new Grade B

representative(s) by SEPTEMBER 20, 2007.


    **IT IS SO ORDERED.**


Dated:  August 27, 2007.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE