**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**REQUEST FOR JOINT STATEMENT RE SECURITY CLEARANCE** |

By Noon on September 7, 2007, the parties must meet and confer and submit a statement explaining precisely how the Court and the Court's staff will obtain security clearance for the October 10 hearing and any possible surprise visit by the Court.

**IT IS SO ORDERED.**

Dated: September 4, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE