**United States District Court**
For the Northern District of California

1
2
3
4
5
6               IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9
10   ANDREW LANCASTER, JEFFERY MILLS,          No. C 79-01630 WHA
     DEXTER WILLIAMS, WILLIAM DENNIS,
11   STEVE LIVADITIS, JIMMY VAN PELT,
     H. LEE HEISHMAN III AND JOHNATON
12   GEORGE,                                   **ORDER REQUESTING
                                               RESPONSE TO PLAINTIFFS'
13            Plaintiffs,                       MOTION TO POSTPONE
                                               EFFECTIVE DATE OF
14      v.                                     AUTOMATIC STAY**

15   JAMES E. TILTON, Acting Secretary,
     California Department of Corrections and
16   Rehabilitation, and ROBERT L. AYERS, JR.,
     Acting Warden, San Quentin State Prison,
17
18            Defendants.
                                          /
19
20          By **Noon** on **September 7, 2007**, defendants will please file a response to plaintiff's

21   motion to postpone effective date of automatic stay.

22
23          **IT IS SO ORDERED.**

24
25   Dated:  September 5, 2007.                _____
                                               WILLIAM ALSUP
26                                             UNITED STATES DISTRICT JUDGE
27
28