IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**ORDER RE LETTER RE BARNETT** |

The Court has received a letter from Attorney Jennifer M. Corey, who is representing Inmate Lee Max Barnett in a habeas matter. That is background, however, and the letter raises an issue concerning inmate reclassification and claims that the warden misused an order issued herein earlier to reclassify Inmate Barnett, who has gone on a hunger strike in protest. The letter indicates that it has been sent to counsel of record. The attorney writing this letter is not counsel of record and does not represent the class. There has been no motion to intervene by Inmate Barnett. Any relief to be sought on behalf of Inmate Barnett, therefore, must be brought by plaintiff's counsel of record on behalf of a class member, namely by the Prison Law Office. Alternatively, Inmate Barnett may seek to intervene as a party and seek to be represented by

Attorney Corey. Neither of these alternatives has been attempted, resulting in a procedural lapse. To the extent the letter is intended as a motion, it must be denied. Be aware that a letter is not a proper form of motion.

The Court does not intend to take any further action with respect to Inmate Barnett until a proper motion has been made, as indicated above, and until both sides have had an opportunity for a hearing. If Attorney Corey believes time is of the essence and there is a true emergency and she files a motion to intervene, the Court would entertain a motion to shorten time so the matter could be heard on an expedited basis. The Court requests that counsel for defendants speak with Attorney Corey to see if this problem can be resolved informally. This step, however, is not a prerequisite to Inmate Barnett's seeking to intervene in a proper manner should Attorney Corey deem it necessary.

**IT IS SO ORDERED.**

Dated: September 12, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE