IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>    Plaintiffs,<br><br>  v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>    Defendants.<br>_____/ | No. C 79-01630 WHA<br><br>**ORDER RE SECURITY** |

      The Court will hold a hearing at San Quentin on October 10, 2007. The Court and the Court staff may attend without the assistance of United States marshals. The Court requests input from counsel regarding how security will be provided for the Court and its staff in the event United States marshals do not attend. Please respond by **FRIDAY, SEPTEMBER 21, 2007** at **NOON**.

      **IT IS SO ORDERED.**

Dated: September 19, 2007.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE