IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　　／ | No. C 79-01630 WHA<br><br>**ORDER RE RESETTING BRIEFING SCHEDULE AND HEARING** |

The Court has received defendants' notice of dismissal of appeal and administrative motion to reset hearing on defendants' motion to terminate the consent decree. The hearing on defendants' motion to terminate the consent decree will be reset on the Court's calendar. Plaintiffs should file their opposition by **THURSDAY, NOVEMBER 15, 2007**, at **NOON**. Defendants should file their reply by **THURSDAY, NOVEMBER 22, 2007**, at **NOON**. The hearing on defendants' motion to terminate the consent decree will be reset to **THURSDAY, DECEMBER 6, 2007**, at **8:00 A.M.**

After the Court has reviewed these materials, it will set a schedule to get the remaining issues back on track. The Court requests counsel submit their proposals regarding other

pending issues (*e.g.*, plaintiffs' motion to modify the consent decree and plaintiffs' motion for contempt and enforcement).

**IT IS SO ORDERED.**

Dated: October 22, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE