IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**REQUEST FOR RESPONSE TO INTERVENOR'S STATEMENT RE CLASS DEFICIENCY** |

The Court has received intervenor Freddie Fuiava's statement re class deficiency. The Court requests that counsel for plaintiffs and defendants respond by **TUESDAY, NOVEMBER 6, 2007**, at **5:00 P.M.**

Dated: October 30, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE