IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>    Plaintiffs,<br><br>  v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>    Defendants. | No. C 79-01630 WHA<br><br>**ORDER RE INTERVENOR'S STATEMENT OF CLASS DEFICIENCY** |

With respect to Intervenor Freddie Fuiava's statement to the Court that there is an alleged deficiency as to class representation, the Court rules as follows. All parties shall agree upon a short form of notice to be given to all class members residing in the Adjustment Center and inmates classified as "Hispanic" or "Other," inviting them to apply to become a class member with class counsel as their lawyer or, should they seek to intervene, other counsel. In the meantime, the present class representatives will adequately represent the class. The form of notice and plan of dissemination are due by **FRIDAY, NOVEMBER 16, 2007**, at **NOON**.

**IT IS SO ORDERED.**

Dated: November 8, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE