1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ANDREW LANCASTER, JEFFERY MILLS,              No. C 79-01630 WHA
     DEXTER WILLIAMS, WILLIAM DENNIS,
11   STEVE LIVADITIS, JIMMY VAN PELT,
     H. LEE HEISHMAN III AND JOHNATON
12   GEORGE,                                        **ORDER RE DISCOVERY**

13            Plaintiffs,

14      v.

15   JAMES E. TILTON, Acting Secretary,
     California Department of Corrections and
16   Rehabilitation, and ROBERT L. AYERS, JR.,
     Acting Warden, San Quentin State Prison,
17
              Defendants.
18   _____/

19

20        The Court is considering the application by plaintiffs to take more discovery.  Both sides

21   must file declarations under oath on all the discovery taken to date and the opportunities for

22   discovery to be taken relating to the issues in the pending motion.  The declarations are due on

23   **MONDAY, NOVEMBER 19, 2007**, at **NOON**.

24

25        **IT IS SO ORDERED.**

26

27   Dated:  November 16, 2007.          _____
                                          WILLIAM ALSUP
28                                        UNITED STATES DISTRICT JUDGE

*United States District Court*

*For the Northern District of California*