1  PRISON LAW OFFICE
   DONALD SPECTER #83925
2  STEVEN FAMA #99641
   RACHEL FARBIARZ # 237896
3  General Delivery
   San Quentin, CA 94964
4  Telephone: (415) 457-9144
   Facsimile: (415) 457-9151
5  DSpecter@prisonlaw.com
   SFama@prisonlaw.com
6  Farbiarz@prisonlaw.com
   Attorneys for Plaintiffs
7

8

                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11                                          No. C 79-01630 WHA

12  ANDREW LANCASTER, et al.               **STIPULATION AND
                                            [PROPOSED] ORDER IN
13         Plaintiffs,                      RESPONSE TO COURT'S
                                            NOVEMBER 8, 2007 ORDER RE
14  v.                                      INTERVENOR'S NOTICE OF
                                            CLASS DEFICIENCY**
15
16  JAMES E. TILTON, et al.,

17         Defendants.

18  ─────────────────────────────

19  FREDDIE FUIAVA,

20         Intervenor.

21

22

23         The parties in response to the Court's November 8, 2007 Order hereby stipulate

24  that:

25         1. Within seven days of the Court's filing of an approved copy of the instant

26
    Stipulation and [Proposed] Order re
27  Court's Order re Intervenor's Notice of
    Class Deficiency
28  *Lancaster v. Tilton*, C 79-01630 WHA              1

1   Order, plaintiffs' counsel shall deliver to San Quentin sufficient copies of the notice

2   attached hereto as Exhibit A ("notice") to permit San Quentin staff to both personally

3   provide a copy to each condemned prisoner at San Quentin and post the notice in the

4   locations in the condemened prisoner housing units where similar notices are typically

5   posted;

6          2. Within 14 days of the Court's order, defendants shall cause the notice to be: (a)

7   personally delivered, over no more than a two day period, to each condemned prisoner

8   housed at San Quentin; and, on the same day(s) that the notices are personally delivered,

9   (b) posted in the condemned prisoner housing units at the same locations that similar

10  notices are typically posted.  The posted notices shall remain in place for a period of 30

11  days.  Once the notices are distributed, defendants shall file a statement setting forth the

12  date(s) that the notices were distributed.

13         3.  Within 60 days after the notice is distributed to condemned prisoners at San

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26

27  Stipulation and [Proposed] Order re
    Court's Order re Intervenor's Notice of
    Class Deficiency

28  *Lancaster v. Tilton*, C 79-01630 WHA                    2

1  Quentin, plaintiffs' counsel shall file a status report regarding the process of securing new

2  representative(s).

3

4  Dated: November 16, 2007

   */s/ Steven Fama*

5  _____

   Steven Fama
   Attorney for Plaintiff Class

6

   Dated: November 16, 2007

7

8  _____

   Julianne Mossler

9  Deputy Attorney General
   Attorney for Defendants

10

    Dated: November 16, 2007  _____

11                             Diana Samuelson
                               Attorney for Intervenor Freddie Fuiava

12

13  IT IS SO ORDERED.

14      Dated: _____

15

16  _____
    THE HONORABLE WILLIAM H. ALSUP
    UNITED STATES DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26
    Stipulation and [Proposed] Order re
27  Court's Order re Intervenor's Notice of
    Class Deficiency
28  *Lancaster v. Tilton*, C 79-01630 WHA                    3

1   Quentin, plaintiffs' counsel shall file a status report regarding the process of securing new

2   representative(s).

3

4        Dated: November 16, 2007

                                                /s/ Steven Fama

5                                          _____
                                           Steven Fama
6                                          Attorney for Plaintiff Class

        Dated: November 16, 2007
7

8   _____       _____
                                           Julianne Mossler
9                                          Deputy Attorney General
                                           Attorney for Defendants
10

        Dated: November 16, 2007
11  _____       _____
                                           Diana Samuelson
12                                         Attorney for Intervenor Freddie Fuiava

13  IT IS SO ORDERED.

14       Dated: _____    November 19, 2007.

15

16  _____
    THE HONORABLE WILLIAM
17  UNITED STATES DISTRICT

18

19

20

21

22

23

24

25

26

27  Stipulation and [Proposed] Order re
    Court's Order re Intervenor's Notice of
    Class Deficiency
28  *Lancaster v. Tilton*, C 79-01630 WHA                    3

# EXHIBIT
# A

# NOTICE – TO CERTAIN CONDEMNED PRISONERS AT SAN QUENTIN – REGARDING APPLYING TO BECOME A CLASS REPRESENTATIVE, OR INTERVENING, IN *LANCASTER V. TILTON*.

**THIS NOTICE IS PROVIDED BY ORDER OF THE HONORABLE WILLIAM H. ALSUP, UNITED STATES DISTRICT COURT JUDGE, NORTHERN DISTRICT OF CALIFORNIA.**

All condemned prisoners at San Quentin are members of the plaintiff class in the federal civil rights lawsuit known as *Lancaster v. Tilton* (previously called *Thompson v. Enomoto*). Currently, eight condemned prisoners serve as class representatives in the case. Judge Alsup has ordered that a notice be given to all condemned prisoners housed in the Adjustment Center, and all condemned prisoners who are "Hispanic" or "Other," inviting those prisoners to either: (1) apply to become a class representative with class counsel, or (2) intervene in the action. Although the Court's order applies only to certain condemned prisoners, all condemned prisoners at San Quentin are being provided a copy of this notice.

If you want to apply to be a class representative with class counsel: If you want to apply to be a class representative, you should send a letter stating that you want to apply to the plaintiffs' class counsel, at the following address: Prison Law Office, General Delivery, San Quentin, California, 94964. Your letter must be postmarked within thirty (30) days of when you received this notice. If you send such a letter, the Prison Law Office will send you a class representative application form, along with a postage pre-paid envelope which you can use to return the application. Once all applications are received, the Prison Law Office, as plaintiff class counsel, will determine which prisoners to interview or otherwise further review regarding the application to become a class representative.

If you want to intervene in this action: To intervene, you must file a formal motion in this case. If you want to intervene, you should contact a lawyer (other than the counsel for the plaintiff class or intervenor Fuiava) to do this on your behalf, or submit a motion to the Court yourself.

**THIS NOTICE IS PROVIDED BY ORDER OF THE HONORABLE WILLIAM H. ALSUP, UNITED STATES DISTRICT COURT JUDGE, NORTHERN DISTRICT OF CALIFORNIA.**

*Lancaster v. Tilton, Northern District of California, case number C 79-1630 WHA*