IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**ORDER RE LETTER FROM INMATE ARISMAN** |

The Court has received the brief letter appended hereto. This letter will not be treated as a motion to intervene since Inmate David Arisman stated that he "would like to file a motion to intervene." The gravamen of his complaint seems to be that he is deprived of the use of the law library and has his lawsuit pending before Judge Phyllis Hamilton. No further action will be taken on this letter.

**IT IS SO ORDERED.**

Dated: December 3, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE