IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**ORDER RE OPERATIVE CONSENT DECREE** |

With apologies for possibly repeating a request, defense counsel are ordered to provide to the Court a copy of the current consent decree. Please file the consent decree by **MONDAY, DECEMBER 17, 2007**, at **3:00 P.M.**

**IT IS SO ORDERED.**

Dated: December 14, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE