IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**CLARIFICATION OF DECEMBER 21 ORDER AND REQUEST FOR PHOTOS AND SUBMISSIONS** |

The Court has received defendants' request for clarification regarding the December 21 order. While the Constitution does require outdoor exercise, it is unclear on the present record whether or not there is a current and ongoing violation of this right. In addition to the other issues, both sides should address during the evidentiary hearing the issue of whether there is any such current and ongoing violation regarding outdoor exercise. The declarations submitted before the hearing should do likewise.

Both parties should try to include representative photographs on all issues to be heard at the evidentiary hearing and a map of Death Row from which the photographs were taken.

Dated: December 27, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE