IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,

Plaintiffs,

v.

JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,

Defendants.

No. C 79-01630 WHA

**ORDER RE BRINGING INMATES TO EVIDENTIARY HEARING**

The marshal has informed the Court that it understands 45 prisoners will need to be brought to the Court for the evidentiary hearing. The Court believes this to be excessive and inquires through this order how many prisoners will need to appear at the evidentiary hearing. The Court is considering to allow the prisoners to appear by teleconferencing but wishes to have input on this issue. Please respond by **WEDNESDAY, JANUARY 9, 2008**, at **NOON**.

**IT IS SO ORDERED.**

Dated: January 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE