1
2
3
4
5

IN THE UNITED STATES DISTRICT COURT

6

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8
9

ANDREW LANCASTER, JEFFERY MILLS,
DEXTER WILLIAMS, WILLIAM DENNIS,
STEVE LIVADITIS, JIMMY VAN PELT,
H. LEE HEISHMAN III AND JOHNATON
GEORGE,

No. C 79-01630 WHA

10
11

**ORDER RE VIDEOTAPE TOUR
OF SOLANO LAUNDRY
FACILITY**

12

Plaintiffs,

13

v.

14

JAMES E. TILTON, Acting Secretary,
California Department of Corrections and
Rehabilitation, and ROBERT L. AYERS, JR.,
Acting Warden, San Quentin State Prison,

15
16

Defendants.

17
18
19

The videotape tour of the Solano laundry system has a problem. When the narrative

20

reaches a discussion of the "tunnel," the video portion freezes on a single frame while the audio

21

portion continues. Somehow the video portion that accompanies the audio portion was replaced

22

by this single frame, which shows an inmate with a blue shirt and white cap on the left and the

23

tunnel packed with laundry on the right. Defendants are requested to supply the Court with a

24

fixed version of the videotape tour.

25

Defendants should also advise the Court who will be the witness to authenticate and

26

establish proper foundation for the videotape. This should all be done by **THURSDAY,**

27

**JANUARY 10, 2008**, at **NOON**.

28

**IT IS SO ORDERED.**

Dated: January 8, 2008.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE