1
2
3
4
5

6          IN THE UNITED STATES DISTRICT COURT

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
9

10  ANDREW LANCASTER, JEFFERY MILLS,          No. C 79-01630 WHA
    DEXTER WILLIAMS, WILLIAM DENNIS,
11  STEVE LIVADITIS, JIMMY VAN PELT,
    H. LEE HEISHMAN III AND JOHNATON
12  GEORGE,                                   **ORDER RE LIST OF WITNESSES
                                              AND MESH LAUNDRY BAGS**
13          Plaintiffs,

14      v.

15  JAMES E. TILTON, Acting Secretary,
    California Department of Corrections and
16  Rehabilitation, and ROBERT L. AYERS, JR.,
    Acting Warden, San Quentin State Prison,
17
18          Defendants.
                                              /
19

20      When the parties identify their order of witnesses, they should file a copy of this list

21  with the Court. In addition, please bring one of the clean mesh laundry bags to the evidentiary

22  hearing.

23

24      **IT IS SO ORDERED.**

25

26  Dated: January 9, 2008.

                                              _____
27                                            WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE
28