IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**ORDER RE MOTION FOR LEAVE TO DEPOSE KAREN SAYLOR BY TELEPHONE** |

Plaintiffs move for an order allowing plaintiffs to depose Karen Saylor, and out-of-state non-party witness, by telephone regarding the impact of the sanitary conditions in San Quentin on Death Row prisoners. The motion to depose Ms. Saylor will be considered on the first day of the evidentiary hearing.

**IT IS SO ORDERED.**

Dated: January 11, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE