IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**REQUEST FOR RESPONSE TO LETTER FROM INMATE MILLS** |

The Court has received a letter from inmate Jeffrey Mills (Dkt. 1477). Plaintiffs' counsel should respond by **TUESDAY, FEBRUARY 5, 2008**, at **NOON**. If defense counsel wishes to respond, they should do so by **THURSDAY, FEBRUARY 7, 2008**, at **NOON**.

**IT IS SO ORDERED.**

Dated: January 31, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE