PRISON LAW OFFICE
DONALD SPECTER #83925
STEVEN FAMA #99641
RACHEL FARBIARZ # 237896
General Delivery
San Quentin, CA 94964
Telephone: (415) 457-9144
Facsimile: (415) 457-9151

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREW LANCASTER, et al.

Plaintiffs

v.

JAMES E. TILTON, et al.,

Defendants.

---

FREDDIE FUIAVA,

Intervener.

No. C 79-01630 WHA

**STIPULATION EXTENDING TIME TO FILE MOTION FOR AWARD OF ATTORNEYS FEE, AND PROPOSED ORDER**

WHEREAS, this Court by Order filed January 8, 2007 has directed Plaintiffs to file a motion for attorney fees every six months on February 1 and July 30 for their work in monitoring and enforcing the Consent Decree during the previous six months; and

WHEREAS, this Court has under submission, Plaintiffs' motions for contempt and modification of the Consent Decree and Defendants' Motion to Terminate the Consent

| 1 | Decree; and
| 2 | WHEREAS, on July 31, 2007, this Court approved a stipulation by the parties for
| 3 | partial payment of attorney fees and a reservation of rights as to the disputed portion of
| 4 | those fees and costs; and
| 5 | WHEREAS, on July 31, 2007, this Court approved the parties' stipulation to meet
| 6 | and confer about the disputed fees after the Court's decision on Plaintiffs' motions and
| 7 | extended the time to file a motion for attorney fees to ~~six months~~ 35 days after the Court's
| 8 | decision on such motion; and
| 9 | WHEREAS, the parties agree to meet and confer about attorneys fees and costs
| 10 | arising from the period of July 1, 2007 through the date the Court issues its decision on
| 11 | Defendants' motion to terminate the Consent Decree.
| 12 | THEREFORE, the parties, through their respective counsel, hereby stipulate,
| 13 | pursuant to Local Rules 6-2 and 54-6(a), as follows:
| 14 | After the Court has issued a decision on all those matters brought before it by
| 15 | Defendants in their motion to terminate the Consent Decree, Plaintiffs and Defendants
| 16 | will meet and confer on the payment of Plaintiffs' attorneys fees and costs dating from the
| 17 | period of July 1, 2007 through the date the Court issues its decision on Defendants'
| 18 | motion. If after negotiations the parties cannot reach agreement, Plaintiffs will have ~~six~~ 35 days
| 19 | ~~months~~ from the issuance of the Court's decision on all those issues brought before it by
| 20 | Defendants in their motion to terminate the Consent Decree within which to bring a
| 21 | motion to compel their disputed fees and costs dating from the period of July 1, 2007
| 22 | through the date of the Court's decision.
| 23 | **IT IS SO STIPULATED.**

Dated: January 31, 2008

                                          /s/
DONALD SPECTER
Attorney for Plaintiffs

Stip to Extend Time
*Lancaster v. Tilton*, C 79-01630 WHA        2

Dated: January 31, 2008

*Julianne Mossler*
JULIANNE MOSSLER
Deputy Attorney General

Attorney for Defendants

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED**

Dated: February 4, 2008.



UNITED STATES DISTRICT COURT