IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**ORDER SETTING HEARING ON FEBRUARY 11, 2008** |

Parties shall have oral argument on the findings of fact and conclusions of law relating to defendants' motion to terminate the consent decree on **MONDAY, FEBRUARY 11, 2008**, at **9:00 A.M.** Each side will get approximately forty-five minutes of argument time.

**IT IS SO ORDERED.**

Dated: February 6, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE