**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**CLARIFICATION OF FEBRUARY 15, 2008 ORDER** |

The order dated February 15, 2008 sets out a further case management conference that will take place on February 28, 2008, at 11:00 a.m. The Court requires submission of a joint case management conference statement from the parties. The joint statement must conform to the requirements of the March 2007 standing order regarding joint case management conference statements.

Dated: February 22, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE