IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**ADDENDUM TO FEBRUARY 15 ORDER** |

In the order dated February 15, 2008, the consent decree provision addressing maintenance of showers should read, "Consent Decree VI.J.3–4," *not* "Consent Decree VII.J.3–4." *See* Dkt. No. 1493 at page 35, line 18; and page 38, line 26.

Dated: February 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE