**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES E. TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>Defendants. | No. C 79-01630 WHA<br><br>**FURTHER CASE MANAGEMENT ORDER AND REFERRAL** |

Any motion to move to amend the complaint or to seek further prospective relief must be filed by **JULY 31, 2008**. After that date, such a motion may only be brought late for good cause. A motion to enforce the consent decree as now pared down may be made at any time. Defendants must allow reasonable access to Death Row and records so as to adequately inform plaintiffs' counsel. The case is referred to Magistrate Judge Nandor Vadas for mediation. Finally, the attorney's fees motion may be made on the schedule approved at the hearing, although both sides agreed to be reasonable.

**IT IS SO ORDERED.**

Dated: February 28, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE