IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,<br><br>Plaintiff,<br><br>v.<br><br>JAMES TILTON, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,<br><br>Defendant. | No. C 79-01630 WHA<br><br>**ORDER TO WITHDRAW REFERRAL TO MAGISTRATE JUDGE EDWARD CHEN** |

IT HEREBY IS ORDERED that the previous referral ordered on February 9, 2006 to Magistrate Judge Edward Chen for a mediation session on the proposed consent-decree modification is withdrawn. The case is referred to Magistrate Judge Nandor Vadas for mediation.

**IT IS SO ORDERED.**

Dated: March 4, 2008

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE