```
 1  EDMUND G. BROWN JR.
    Attorney General of the State of California
 2  DAVID S. CHANEY
    Chief Assistant Attorney General
 3  FRANCES T. GRUNDER
    Senior Assistant Attorney General
 4  ROCHELLE C. EAST
    Supervising Deputy Attorney General
 5  JULIANNE MOSSLER, State Bar No. 243749
    Deputy Attorney General
 6  SARA UGAZ, State Bar No. 239031
    Deputy Attorney General
 7    455 Golden Gate Avenue, Suite 11000
      San Francisco, CA  94102-7004
 8    Telephone: (415) 703-5716
      Fax: (415) 703-5843
 9    Email: Sara.Ugaz@doj.ca.gov
    Attorneys for Defendants Tilton and Ayers
10

11  DONALD SPECTER, State Bar No. 83925
    STEVEN FAMA, State Bar No. 99641
12  Prison Law Office
      General Delivery
13    San Quentin, CA 94964
      Telephone: (415) 457-9144
14    Fax: (415) 457-9151
      Email: sfama@prisonlaw.com
15  Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW LANCASTER, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> JAMES E. TILTON, et al., <br><br>    Defendants, <br>_____<br> FREDDIE FUIAVA, <br><br>    Intervener. | Case No. C 79-01630 WHA <br><br><br><br><br> **STIPULATION AND ORDER** |

On March 6, 2008, Magistrate Judge Nandor Vadas met with counsel for Plaintiffs and

counsel for Defendants, together with representatives of the California Department of Corrections and Rehabilitation and California State Prison, San Quentin (San Quentin), to establish dates for completion of specific goals designed to address and remediate the problems identified in the Court's February 15, 2008 Order related to showers, birds/rodents/vermin, noise, and cleaning supplies, as well as to set dates for inspections of the condemned housing units by Plaintiffs' counsel and the Court. Accordingly, the parties agree and stipulate as follows:

March 17, 2008

The Prison Law Office will tour the condemned housing units at San Quentin to review the measures taken to date to stop the flow of water from the showers over the tiers in East Block including installation of a pony wall in East Block's second tier yard side back bar shower, to look at a re-engineered shower in Carson, to observe the cleaning of the showers in East Block if possible, to observe the cleanliness of the tier areas adjacent to and below the showers in East Block, to investigate the supply of earplugs, and to see the cell cleaning buckets and the contents of those buckets on each tier in East Block.

April 1, 2008

1. Defendants will complete installation of bird netting on accessible windows in East Block, and install a security screen door at the gun rail door in East Block.

2. All Administrative Segregation inmates will be moved out of East Block.

3. A process will be implemented requiring that ear plugs be offered to class members along with the regular semi-monthly supplies each time those supplies are offered. The offer will be recorded on each class member's 114-A.

4. Defendants will develop a plan to address shower run-off on the tiers in East Block pending completion of the shower re-engineering project.

5. The cleaning of the areas alongside the showers, including the walkways and walkway infrastructure will be completed.

April 15, 2008

1. Defendants will eliminate the remaining birds from East Block to the extent possible,

or inform the Court if this cannot be done. The parties understand that birds may, from time to time, re-enter East Block, and that as with rodents and vermin, complete and permanent eradication may not be possible.

2. A process will be implemented requiring that powdered or liquid cleanser will be offered to class members along with regular semi-monthly supplies each time those supplies are offered. The offer will be recorded on each class member's 114-A.

3. Cell cleaning buckets will be offered to each class member once per week in accordance with the February 25, 2008 memo. The February 25, 2008 memo is attached as Exhibit A.

4. Defendants will develop and institute the use of an inventory sheet to be used to monitor and maintain the contents of the cell cleaning buckets.

April 30, 2008

Cleaning of bird feces from the tiers, tier rails, gun rails, and all other surfaces will be completed.

June 1, 2008

Interim measures intended to control the accumulation of shower run-off on the tiers in East Block will be in place pending completion of the shower re-engineering project.

July 1, 2008

Defendants' counsel will provide officer Zaragoza's semi-monthly reports, and the logs of the Pest Control Technician and outside contractor(s) for March, April, May and June 2008, to Magistrate Judge Vadas and Plaintiffs' counsel. The reports will reflect the levels of rodents and vermin in East Block, including pests in the showers and shower drains, and Defendants' efforts to control those populations.

July 9, 2008

Magistrate Judge Vadas, together with one attorney from the Prison Law Office and one attorney from the Attorney General's Office, will tour and inspect the condemned housing units at San Quentin to monitor Defendants' compliance with this stipulation and order.

Defendants will arrange to have noise testing done in East Block in advance of the July 9,

Stipulation and Order

Lancaster, et al. v. Tilton, et al.
Case No. C 79-01630 WHA

3

1  2008 inspection, and to provide the results of such testing to Magistrate Judge Vadas and
2  Plaintiffs' counsel not later than July 2, 2008.
3  December 31, 2008
4      Barring unforeseen construction delays, re-engineering of showers in East Block will be
5  completed.

6      Respectfully submitted,

7  Dated: March 14, 2008                     Dated: March 12, 2008  14 pm

8  The Prison Law Office                     EDMUND G. BROWN JR.
   DONALD SPECTER                            Attorney General of the State of California
9  STEVEN FAMA
                                             DAVID S. CHANEY
10  /s/ Steven Fama                          Chief Assistant Attorney General

11  STEVEN FAMA                              FRANCES T. GRUNDER
                                             Senior Assistant Attorney General

                                             ROCHELLE C. EAST
12                                           Supervising Deputy Attorney General

13                                           SARA UGAZ
                                             Deputy Attorney General

14
                                             /s/ Julianne Mossler
15

16                                           JULIANNE MOSSLER
                                             Deputy Attorney General
17                                           Attorneys for Defendants Tilton and Ayers

18

19      In accordance with the stipulation of the parties, IT IS SO ORDERED.

20      Dated: 3/24/08              , 2008

21

22                                  _____
                                    Magistrate Judge Nandor Vadas
23

Stipulation and Order                        Lancaster, et al. v. Tilton, et al.
                                             Case No. C 79-01630 WHA

4