DONALD SPECTER (SBN 83925)
STEVEN FAMA (SBN 99641)
Prison Law Office
General Delivery
San Quentin, CA 94964
Telephone: 415-457-9144
Facsimile: 415-457-9151
dspecter@prisonlaw.com
sfama@prisonlaw.com

Attorneys for Plaintiffs

EDMUND G. BROWN, Jr.
Attorney General, State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST (SBN 183792)
Supervising Deputy Attorney General
JULIANNE MOSSLER (SBN 243749)
Deputy Attorney General
SARA UGAZ (SBN 239031)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5711
Fax: (415) 703-5843
Julianne.Mossler@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, et. al., Plaintiffs, v. JAMES E. TILTON, et al., Defendants. | No. C 79-01630 WHA **JOINT STIPULATION AND [PROPOSED] ORDER FOR PAYMENT OF UNDISPUTED FEES AND COSTS AND RESERVATION OF RIGHTS WITH RESPECT TO DISPUTED FEES AND COSTS** |
| FREDDIE FUIAVA, Intervenor. | |

Fees and Costs: January 1, 2007 - June 30, 2007

WHEREFORE, with respect to Plaintiffs' attorneys' fees and costs dating from January 1, 2007 through June 30, 2007, Plaintiffs and Defendants, by and through their attorneys, have further met and conferred, as required by Northern District Local Rule 54-6, "for the purpose of resolving all disputed issues relating to attorney's fees before making a motion for award of attorney's fees."

WHEREFORE, on July 30, 2007, Defendants and Plaintiffs stipulated that, after the Court has issued a decision on all those matters brought before it by Plaintiffs in their motions of April 2, 2007, Plaintiffs and Defendants would continue to meet and confer on the payment of Plaintiffs' disputed fees and costs dating from the period of January 1, 2007 through June 30, 2007.

WHEREFORE, after further conferring, Plaintiffs and Defendants have agreed that from the period of January 1, 2007 through June 30, 2007, there is an additional $7,441.05 in undisputed fees, $6,610.50 owing to plaintiffs. A total of $86,653.63 in Plaintiffs' fees and costs are now undisputed by the parties, and a corresponding total of $64,401.26 in Plaintiffs' fees and costs remain in dispute by the parties for this period.

WHEREFORE, Defendants agree to pay $6,610.50 in Plaintiffs' fees and costs within 45 days of the Court's order awarding such fees and costs for this period.

WHEREFORE, Defendants and Plaintiffs agree and stipulate that Plaintiffs reserve all rights to seek recovery of all Plaintiffs' disputed fees and costs dating from the period of January 1, 2007 through June 30, 2007 and totaling $64,401.26, including through a motion to compel.

Fees and Costs: July 1, 2007 - February 15, 2008

WHEREFORE, with respect to Plaintiffs' attorney's fees and costs dating from July 1, 2007 through February 15, 2008, Plaintiffs and Defendants, by and through their attorneys, have met and conferred, as required by Northern District Local Rule 54-6, "for the purpose of resolving all disputed issues relating to attorney's fees before making a motion for award of attorney's fees."

WHEREFORE, after conferring, Plaintiffs and Defendants have agreed that from the

1 | period of July 1, 2007 through February 15, 2008, there is a total of $10,405.88 in Plaintiffs' fees
2 | and costs are now undisputed by the parties, $10,202.95 owing to plaintiffs, and a corresponding
3 | total of $465,496.53 in Plaintiffs' fees and costs that remain in dispute by the parties.

WHEREFORE, Defendants agree to pay $10,202.95, in Plaintiffs' fees and costs within 45 days of the Court's order awarding such fees and costs for this period.

WHEREFORE, Defendants and Plaintiffs agree and stipulate that Plaintiffs reserve all rights to seek recovery of all Plaintiffs' disputed fees and costs dating from the period of July 1, 2007 through February 15, 2008, totaling $465,496.53, including through a motion to compel.

IT IS SO STIPULATED.

Dated: April 11, 2008

/S/
Donald Specter
Prison Law Office
Attorneys for Plaintiffs

Dated: April 11, 2008  *15 pm*

/S/
Julianne Mossler
Office of the Attorney General of the State of California
Attorneys for Defendants

Pursuant to the parties' stipulation, the Court hereby orders Defendants to pay Plaintiffs' reasonable attorneys' fees and costs dating from January 1, 2007 through June 30, 2007 in the amount of $6,610.50. Defendants are to pay Plaintiffs' fees and costs within 45 days of this Order.

Further pursuant to the parties' stipulation, the Court hereby orders Defendants to pay Plaintiffs' reasonable attorneys' fees and costs dating from July 1, 2007 through February 15, 2008 in the amount of $10,202.95. Defendants are to pay Plaintiffs' fees and costs within 45 days of this Order.

Further pursuant to the parties' stipulation, Plaintiffs reserve all rights to seek recovery of all Plaintiffs' disputed fees and costs dating from the entire period of January

1, 2007 through February 15, 2008 totaling $529,897.79 including through a motion to compel.

IT IS SO ORDERED.

Date: __April 21_____, 2008

_____
Honorable William H. Alsup
United States District Court Judge

Joint Stipulation For Payment of Undisputed Attorneys' Fees and Costs and Reservation of Rights
*Lancaster v. Tilton*, C 79-01630 WHA

4