DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
ALISON HARDY Bar No.: 135966
E. IVAN TRUJILLO Bar No.: 228790
PRISON LAW OFFICE
General Delivery
San Quentin, CA 94964
Telephone: 415-457-9144
Facsimile: 415-457-9151
dspecter@prisonlaw.com
sfama@prisonlaw.com
ahardy@prisonlaw.com
itrujillo@prisonlaw.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, et al.<br>Plaintiffs<br>v.<br>JAMES E. TILTON, et al.<br>Defendants.<br><br>FREDDIE FUIAVA,<br>Intervenor | No. C 79-01630 WHA<br><br>**STIPULATION AND <s>[PROPOSED]</s> ORDER GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS MOTION TO COMPEL ATTORNEYS' FEES**<br><br>Hearing Date: June 19, 2008<br>Hearing Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor |

Stipulation and ORDER Granting Plaintiffs' Request for Extension of Time to File Reply Brief
*LANCASTER, ET AL. V. TILTON, ET AL.*,
CASE NO. C 79-1630 WHA

1     Plaintiffs and Defendants stipulate to an extension of time up to and including June
2 11, 2008 for Plaintiffs' counsel to file their Reply to Defendants' Opposition to Plaintiffs'
3 Motion to Compel Attorneys' Fees.

5 Dated: June 4, 2008                    /S/
6                                     E. Ivan Trujillo
                                    Prison Law Office
7                                     Attorneys for Plaintiffs

9 Dated: June 4, 2008                  /s/ Julianne Mossler
10                                   Julianne Mossler
                                  Office of the Attorney General of the
11                                     State of California
                                  Attorneys for Defendants

13     For good cause shown, pursuant to stipulation, Plaintiffs' request for a two day
14 extension of time for Plaintiffs to file a Reply to Defendants' Opposition to Plaintiffs'
15 Motion to Compel Attorneys' Fees up to and including June 11, 2008 is GRANTED.
16 The hearing is continued to Thursday, July 3, 2008, at 8:00 am.

17     IT IS SO ORDERED.

*IT IS SO ORDERED*
*Judge William Alsup*

19 Dated June 5 , 2008
20                                     THE HONORABLE WILLIAM H. ALSUP
                                    UNITED STATES DISTRICT COURT JUDGE

27 Stipulation and ORDER Granting Plaintiffs' Request for Extension of Time to File Reply Brief
*LANCASTER, ET AL. V. TILTON, ET AL.,*
28 *CASE NO. C 79-1630 WHA*