IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,

    Plaintiff,

  v.

MATTHEW CATE, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,

    Defendant.

    /

No. C 79-01630 WHA

**ORDER SUBSTITUTING MATTHEW CATE FOR DEFENDANT JAMES E. TILTON**

Public officer James Tilton retired from office in May 2008. Matthew Cate has succeeded him and now occupies the office of Secretary of the California Department of Corrections and Rehabilitation. Pursuant to FRCP 25(d), this order substitutes Matthew Cate as defendant in place of James Tilton.

**IT IS SO ORDERED.**

Dated: June 10, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE