DONALD SPECTER Bar No.: 83925
STEVEN FAMA Bar No.: 99641
ALISON HARDY Bar No.: 135966
E. IVAN TRUJILLO Bar No.: 228790
PRISON LAW OFFICE
General Delivery
San Quentin, CA 94964
Telephone: 510-280-2621
Facsimile: 510-280-2704
dspecter@prisonlaw.com
sfama@prisonlaw.com
ahardy@prisonlaw.com
itrujillo@prisonlaw.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, et al.<br>Plaintiffs<br>v.<br>MATTHEW CATE, et al.<br>Defendants.<br><br>FREDDIE FUIAVA,<br>Intervenor | No. C 79-01630 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE MOTION TO COMPEL ATTORNEYS' FEES**<br><br>Hearing Date:<br>Hearing Time:.<br>Place: Courtroom 9, 19th Floor |

Stipulation and ORDER Granting Plaintiffs' Request for Extension of Time to File Mtn for Attorneys' Fees
*LANCASTER, ET AL. V. TILTON, ET AL.,*
*CASE NO. C 79-1630 WHA*

Plaintiffs and Defendants stipulate to an extension of time up to and including August 29, 2008 for Plaintiffs' counsel to file their Motion to Compel Attorneys' Fees related to fees and costs incurred by Plaintiffs' counsel during the period of February 15, 2008 through June 30, 2008.

Dated: July 23, 2008

/S/

E. Ivan Trujillo
Prison Law Office
Attorneys for Plaintiffs

Dated: July 23, 2008

Julianne Mossler
Office of the Attorney General of the State of California
Attorneys for Defendants

For good cause shown, pursuant to stipulation, Plaintiffs' request for a thirty-day extension of time for Plaintiffs to file Plaintiffs' Motion to Compel Attorneys' Fees up to and including August 29, 2008 is GRANTED.

IT IS SO ORDERED.

Dated July 23, 2008

IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

Stipulation and ORDER Granting Plaintiffs' Request for Extension of Time to File Mtn for Attorneys' Fees
*LANCASTER, ET AL. V. TILTON, ET AL.*,
CASE NO. C 79-1630 WHA

1  DONALD SPECTER Bar No.: 83925
   STEVEN FAMA Bar No.: 99641
2  ALISON HARDY Bar No.: 135966
   E. IVAN TRUJILLO Bar No.: 228790
3  PRISON LAW OFFICE
   General Delivery
4  San Quentin, CA 94964
   Telephone: 510-280-2621
5  Facsimile: 510-280-2704
   dspecter@prisonlaw.com
6  sfama@prisonlaw.com
   ahardy@prisonlaw.com
7  itrujillo@prisonlaw.com
   Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, et al. <br> Plaintiffs <br> v. <br> MATTHEW CATE, et al. <br> Defendants. <br><br> FREDDIE FUIAVA, <br><br> Intervenor | No. C 79-01630 WHA <br><br> **DECLARATION OF E. IVAN TRUJILLO IN SUPPORT OF STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE MOTION TO COMPEL ATTORNEYS' FEES** <br><br> Hearing Date: <br> Hearing Time: <br> Place: Courtroom 9, 19th Floor |

Decl. of E. Trujillo ISO Stipulation for Extension of Time to File Motion to Compel Attorneys' Fees
*LANCASTER, ET AL. V. TILTON, ET AL.,*
*CASE NO. C 79-1630 WHA*

I, E. IVAN TRUJILLO, declare as follows:

1. I am an attorney admitted to practice in this state and before this Court. I am a staff attorney for the firm appointed by this Court to represent the plaintiff class in the above-entitled action.

2. This declaration is submitted pursuant to the requirements of Local Rule 6-2 in support of the Stipulation filed herewith requesting a thirty-day extension of the deadline to file Plaintiffs' Motion to Compel Attorney Fees for fees and costs incurred by Plaintiffs' counsel for the period of February 15, 2008 through June 30, 2008, up to and including August 29, 2008.

3. Pursuant to Local Rule 6-2(a)(1), the following are the particularized reasons for the requested extension of time. The Court's January 1, 2007 Order re Procedure for Attorney's Fees sets forth that any motion for attorneys' fees must be on a six-month basis, within 30 days of the close of the six-month period, June 30 being the end of the period (Docket No. 998). Plaintiffs therefore have until July 30, 2008 to file their Motion to Compel Attorneys' Fees for fees and costs for the period of February 15, 2008 through June 30, 2008.

4. My office completed the preparation of and submitted a request for payment of attorneys' fees and costs to counsel for Defendants via email on July 22, 2008. I included a request to meet and confer by Friday, July 25, 2008 on this new request for attorney fees and costs. This morning I was informed by Deputy Attorney General Julianne Mossler that the CDCR Legal Affairs division attorney, Kelly McClease, who is authorized to meet and confer regarding the new request for fees is out of the office and would not be available until next week.

5. Plaintiffs filed a Motion to Compel Attorneys' Fees on April 17, 2008 related to fees for the period of January 1, 2007 through February 14, 2008. On July 14, 2008, the Court granted Plaintiff's Motion to Compel Attorney fees and ordered parties to meet and

Decl. of E. Trujillo ISO Stipulation for Extension of Time to File Motion to Compel Attorneys' Fees
*LANCASTER, ET AL. V. TILTON, ET AL.,*
*CASE NO. C 79-1630 WHA*

confer regarding these fees and costs (Docket No. 1555). Pursuant to the Court's order, parties have been conferring regarding these matters.

6. Given the unavailability of the CDCR attorney authorized to meet and confer regarding Plaintiffs' most recent request for fees, in light of other ongoing fee-related negotiation pursuant to the Court's July 14, 2008 order (Docket No. 1555), a thirty-day extension of time to meet and confer on the new request for fees and costs would promote judicial efficiency and the potential resolution of these related matters.

7. I sent an email on July 23, 2008, to Deputy Attorney General Julianne Mossler who agreed to stipulate for extension of time for Plaintiffs' to file a Motion to Compel Attorneys' Fees. No other extension is sought at this time. The signed stipulation is filed herewith.

8. In accordance with Local Rule 6-2 (a)(2), in the time since this case was re-assigned to this Court, my understanding is that the following extensions of time or continuances have been granted: November 9, 2001 (Docket No. 788 [continuing case management conference]); August 20, 2004 (Docket No. 816 [continuing date for filing joint status statement]); March 24, 2006 (Docket No. 867 [extending time to file response to supplemental brief]); April 4, 2006 (Docket No. 882 [extending time to file opposition to motion to intervene]); January 19, 2007 (Docket No. 1001 [granting stipulation extending time to file enforcement motion]); April 12, 2007 (Docket No. 1074 [continuing hearing and setting briefing schedule on enforcement and modification motions]); August 14, 2007 (Docket No. 1180 [granting Defendants' leave to late file Corrective Action Plan]); August 17, 2008 (Docket No. 1186 [extending time to file response to remedial plan]); September 5, 2007 (Docket No. 1215 [shortening time to file response to Plaintiffs' Motion to Postpone Effective Date of Automatic Stay]); September 11, 2007 (Docket No. 1229 [granting extension of time to file opposition to motion to terminate consent decree]); October 22 and 23, 2007 (Docket No. 1260, 1261 [re-setting

Decl. of E. Trujillo ISO Stipulation for Extension of Time to File Motion to Compel Attorneys' Fees
*LANCASTER, ET AL. V. TILTON, ET AL.,*
*CASE NO. C 79-1630 WHA*

1 briefing and hearing on motion to terminate consent decree]); November 13, 2007
2 (Docket No. 1270 [granting motion for order shortening time for briefing on Plaintiffs'
3 motion to postpone effective date of automatic stay]); January 2, 2008 (Docket No. 1334
4 [granting Defendants' motion for order shortening time for briefing of Defendant's
5 motion for a protective order]); January 4, 2008 (Docket No. 1353 [granting Plaintiffs'
6 motion for order shortening time to hear Plaintiffs' motion for reasonable access]);
7 January 8, 2008 (Docket No. 1379 [granting Plaintiffs' motion for order shortening time
8 to hear motion to limit use of classmembers' criminal records]); January 8, 2008 (Docket
9 No. 1379 [granting Plaintiffs' motion for order shortening time to hear Plaintiffs' motion
10 for sanctions]); January 11, 2008 (Docket No. 1413 [granting Defendants' motion for
11 order shortening time to hear Defendants' motion to quash subpoena]); February 4, 2008
12 (Docket No. 1486 [granting stipulation extending time to file motion to compel attorneys'
13 fees]); April 28, 2008 (Docket No. 1529 [granting Defendants' request for continuance
14 and extending time for defendants' to file opposition to Plaintiffs' motion to compel
15 attorney fees]); and, June 5, 2008 (Docket No. 1549 [granting extension to file Plaintiffs'
16 reply to Defendants' opposition to Plaintiffs' motion to compel attorneys' fees).

17    9. Pursuant to Local Rule 6-2(a)(3), I state that the time modification requested
18 herein does not appear to otherwise effect the schedule of this case.

19    I declare under penalty of perjury that the forgoing is true and correct and that this
20 declaration was executed on July 23, 2008, at Berkeley, California.

Respectfully Submitted,

Dated: July 23, 2008        By: _____
                                E. Ivan Trujillo
                                PRISON LAW OFFICE
                                Attorneys for Plaintiffs

Decl. of E. Trujillo ISO Stipulation for Extension of Time to File Motion to Compel Attorneys' Fees
*LANCASTER, ET AL. V. TILTON, ET AL.,*
*CASE NO. C 79-1630 WHA*