DONALD SPECTER (SBN 83925)
STEVEN FAMA (SBN 99641)
ALISON HARDY (SBN 135966)
E. IVAN TRUJILLO (228790)
Prison Law Office
General Delivery
San Quentin, CA 94964
Telephone: 510-280-2621
Facsimile: 510-280-2704
dspecter@prisonlaw.com
sfama@prisonlaw.com
ahardy@prisonlaw.com
itrujillo@prisonlaw.com

Attorneys for Plaintiffs

EDMUND G. BROWN, Jr.
Attorney General, State of California
JAMES M. HUMES
Chief Assistant Attorney General
ROCHELLE C. EAST (SBN 183792)
Acting Senior Assistant Attorney General
JULIANNE MOSSLER (SBN 243749)
Deputy Attorney General
DANIELLE F. O'BANNON (SBN 207095)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5746
Fax: (415) 703-5843
Julianne.Mossler@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, et. al.,<br>    Plaintiffs,<br>v.<br>MATTHEW CATE, et al.,<br>    Defendants.<br><br>FREDDIE FUIAVA,<br>    Intervenor. | No. C 79-01630 WHA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR PAYMENT OF UNDISPUTED FEES AND COSTS** |

Fees and Costs: January 1, 2007 - February 15, 2008

WHEREFORE, Plaintiffs filed a Motion to Compel Attorneys' Fees on April 17, 2008 related to fees and costs for the period of January 1, 2007 through February 15, 2008. On July 14, 2008, the Court granted Plaintiff's Motion to Compel Attorney fees and ordered parties to meet and confer regarding these fees and costs (Docket No. 1555). With respect to Plaintiffs' attorneys' fees and costs dating from January 1, 2007 through February 15, 2008, Plaintiffs and Defendants, by and through their attorneys, have further met and conferred, pursuant to the Court's order.

WHEREFORE, after further conferring, Plaintiffs and Defendants have agreed that from the period of January 1, 2007 through February 15, 2008, a total of $428,104.44 in Plaintiffs' fees and $29,228.28 in costs are now undisputed by the parties for this period.

WHEREFORE, Defendants agree to pay $457,332.72 in Plaintiffs' fees and costs for this period within 60 days from the date the budget for the State of California has been passed.

IT IS SO STIPULATED.

Dated: July 29, 2008

/S/
Donald Specter
Prison Law Office
Attorneys for Plaintiffs

Dated: July 29, 2008

Julianne Mossler
Office of the Attorney General of the State of California
Attorneys for Defendants

Pursuant to the parties' stipulation, the Court hereby orders Defendants to pay Plaintiffs' reasonable attorneys' fees and costs dating from January 1, 2007 through February 15, 2008 in the amount of $457,332.72. Defendants are to pay Plaintiffs' fees and costs within 60 days from the date the budget for the State of California has been passed.

Joint Stipulation For Payment of Undisputed Attorneys' Fees and Costs
*Lancaster v. Cate*, C 79-01630 WHA

2

1
2  IT IS SO ORDERED.
3
4  Date: __August 1__, 2008
5
6
                                          Honorable William H. Alsup
                                          United States District Court Judge

*[Stamp: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA / IT IS SO ORDERED / signed / Judge William Alsup]*