DONALD SPECTER (SBN 83925)
STEVEN FAMA (SBN 99641)
ALISON HARDY (SBN 135966)
E. IVAN TRUJILLO (228790)
Prison Law Office
General Delivery
San Quentin, CA 94964
Telephone: 510-280-2621
Facsimile: 510-280-2704
dspecter@prisonlaw.com
sfama@prisonlaw.com
ahardy@prisonlaw.com
itrujillo@prisonlaw.com

Attorneys for Plaintiffs

EDMUND G. BROWN, Jr.
Attorney General, State of California
JAMES M. HUMES
Chief Assistant Attorney General
ROCHELLE C. EAST (SBN 183792)
Acting Senior Assistant Attorney General
JULIANNE MOSSLER (SBN 243749)
Deputy Attorney General
DANIELLE F. O'BANNON (SBN 207095)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5746
Fax: (415) 703-5843
Julianne.Mossler@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, et. al., <br> Plaintiffs, <br> v. <br> MATTHEW CATE, et al., <br> Defendants. <br><br> FREDDIE FUIAVA, <br> Intervenor. | No. C 79-01630 WHA <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER FOR PAYMENT OF UNDISPUTED FEES AND COSTS** |

Fees and Costs: February 15, 2008 - June 30, 2008

WHEREFORE, on July 23, 2008, the Court granted Plaintiffs' stipulation and request for a thirty-day extension of time to file their Motion to Compel Attorneys' Fees related to fees and costs incurred by Plaintiffs' counsel for the period of February 15, 2008 through June 30, 2008 up to and including August 29, 2008 (Docket No. 1559). With respect to Plaintiffs' attorneys' fees and costs for this period, Plaintiffs and Defendants, by and through their attorneys, have met and conferred.

WHEREFORE, after conferring, Plaintiffs and Defendants have agreed that from the period of February 15, 2008 through June 30, 2008, a total of $11,854.60 in Plaintiffs' fees and costs and $38,428.59 in fees on fees are now undisputed by the parties for this period.

WHEREFORE, Defendants agree to pay $50,283.19 in Plaintiffs' fees and costs for this period within 60 days from the date the budget for the State of California has been passed.

IT IS SO STIPULATED.

Dated: August 15, 2008

E. Ivan Trujillo
Prison Law Office
Attorneys for Plaintiffs

Dated: August 15, 2008

Julianne Mossler
Office of the Attorney General of the State of California
Attorneys for Defendants

Pursuant to the parties' stipulation, the Court hereby orders Defendants to pay Plaintiffs' reasonable attorneys' fees and costs dating from February 15, 2008 through June 30, 2008 in the amount of $50,283.19. Defendants are to pay Plaintiffs' fees and costs within 60 days from the date the budget for the State of California has been passed.

1  IT IS SO ORDERED.

3  Date: _____August 19_____, 2008

                                    Honorable William H. Alsup
                                    United States District Court Judge

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge William Alsup, signed]*