IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JERRY F. STANLEY,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. CR 79-1630 WHA<br><br>**NOTICE TO COUNSEL OF LETTER FROM INMATE STANLEY** |

Appended hereto is a letter from inmate Jerry F. Stanley for counsel's review and follow-up. The Court will rely on counsel to follow-up on the complaints in the letters and will not take any further action until a proper motion is made, if counsel deems a motion warranted. Counsel should refer this motion and letters to the "attorneys" referenced in the letter if someone other than the PLO is referenced. This notice is without prejudice to any arguments over whether or not the Court has jurisdiction over the matter.

**IT IS SO ORDERED.**

Dated: September 16, 2008

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

N:\Notice re Stanley Letter.wpd                    2