**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,

    Plaintiffs,

  v.

MATTHEW CATE, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT L. AYERS, JR., Acting Warden, San Quentin State Prison,

    Defendants.
                              /

No. C 79-01630 WHA

**NOTICE TO COUNSEL RE LETTER FROM INMATE STANLEY**

Appended hereto is a note from inmate Jerry Stanley, along with a letter from the Division of Correctional Health Care Services and multiple California state court documents, in which Mr. Stanley expresses further concerns about his treatment. The Court will rely on counsel to follow-up on the complaints in the letters and will not take any further action until a proper motion is made, if counsel deems a motion warranted. This notice is without prejudice to any arguments over whether or not the Court has jurisdiction over the matter.

**IT IS SO ORDERED.**

Dated: December 4, 2008

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE