1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   ANDREW LANCASTER, JEFFERY MILLS,              No. C 79-01630 WHA
     DEXTER WILLIAMS, WILLIAM DENNIS,
11   STEVE LIVADITIS, JIMMY VAN PELT,
     H. LEE HEISHMAN III AND JOHNATON
12   GEORGE,                                       **ORDER REFERRING MOTION
                                                   TO MAGISTRATE JUDGE
13            Plaintiffs,                          VADAS AND VACATING
                                                   HEARING**
14        v.

15   MATTHEW CATE, Acting Secretary,
     California Department of Corrections and
16   Rehabilitation, and ROBERT L. AYERS, JR.,
     Acting Warden, San Quentin State Prison,
17
              Defendants.
18   _____/

19
          Following a February 2008 bench trial, in April 2008 the parties entered a stipulation
20
     detailing a plan to effectuate the consent decree's remaining provisions.  Defendants now move
21
     to modify the provision of the stipulated plan which requires defendants to re-engineer the East
22
     Block showers.  Defendants contend that the interim measure adopted — "pony walls" — has
23
     proven to be an effective solution to the concerns regarding the flow of water.  The motion is
24
     **REFERRED** to Magistrate Judge Vadas for his report and recommendations regarding the
25
     motion to modify the April 2008 stipulation, to be completed within **FOURTEEN DAYS** of the
26
     entry of this order.  The hearing scheduled for January 15, 2009 is **VACATED**.
27

28
     Dated: January 14, 2009.
                                            _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE