DONALD SPECTER (SBN 83925)
STEVEN FAMA (SBN 99641)
ALISON HARDY (SBN 135966)
E. IVAN TRUJILLO (228790)
Prison Law Office
General Delivery
San Quentin, CA 94964
Telephone: 510-280-2621
Facsimile: 510-280-2704
dspecter@prisonlaw.com
sfama@prisonlaw.com
ahardy@prisonlaw.com
itrujilllo@prisonlaw.com

Attorneys for Plaintiffs

EDMUND G. BROWN, Jr.
Attorney General, State of California
DAVID S. CHANEY
Chief Assistant Attorney General
JONATHAN L. WOLFF
Senior Assistant Attorney General
JULIANNE MOSSLER (SBN 243749)
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5746
Fax: (415) 703-5843
Julianne.Mossler@doj.ca.gov

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, et. al.,<br>Plaintiffs,<br><br>v.<br><br>MATTHEW CATE, et al.,<br>Defendants.<br><br>―――――――――――――<br><br>FREDDIE FUIAVA,<br>Intervenor. | No. C 79-01630 WHA<br><br>**JOINT STIPULATION AND<br>[~~PROPOSED~~] ORDER FOR<br>PAYMENT OF UNDISPUTED FEES<br>AND COSTS** |

1  Fees and Costs: July 1, 2008 - December 31, 2008

2      WHEREFORE, with respect to Plaintiffs' attorneys' fees and costs for the period between

3  July 1, 2008 through December 31, 2008, Plaintiffs and Defendants, by and through their

4  attorneys, have met and conferred.

5      WHEREFORE, after conferring, Plaintiffs and Defendants have agreed that for this

6  period, a total of $12,262.95 in Plaintiffs' total fees and costs are now undisputed by the parties

7  for this period.

8      WHEREFORE, Defendants agree to pay $12,262.95 in Plaintiffs' fees and costs for this

9  period.

10

11      IT IS SO STIPULATED.

12

13  Dated: January 26, 2009

14                                          E. Ivan Trujillo
                                            Prison Law Office
15                                          Attorneys for Plaintiffs

16
    Dated: January 24, 2009
17                                          Julianne Mossler
                                            Office of the Attorney General of the State
18                                          of California
                                            Attorneys for Defendants
19

20      Pursuant to the parties' stipulation, the Court hereby orders Defendants to pay Plaintiffs'

21  reasonable attorneys' fees and costs dating from July 1, 2008 through December 31, 2008 in the

22  amount of $12,262.95 for this period within forty-five days of the Court's order awarding such

23  fees and expenses.

24

25  IT IS SO ORDERED.

26  Date: January 27     , 2009

27                                          Honorable William D. Alsup
                                            United States District Court Judge
28

Joint Stipulation For Payment of Undisputed Attorneys' Fees and Costs
*Lancaster v. Cate*, C 79-01630 WHA                                              2