1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  JONATHAN L. WOLFF
   Senior Assistant Attorney General
4  JULIANNE MOSSLER, State Bar No. 243749
   Deputy Attorney General
5  TIMOTHY J. McDONOUGH, State Bar No. 235850
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA 94102-7004
7   Telephone: (415) 703-5606
    Fax: (415) 703-5843
8   Email: Tim.McDonough@doj.ca.gov
   Attorneys for Defendants Cate and Wong

   PRISON LAW OFFICE
10 DONALD SPECTER, State Bar No. 83925
   STEVEN FAMA, State Bar No. 99641
11 ZOE SCHONFELD, State Bar No. 243755
     1917 Fifth Street
12   Berkeley, CA 94710
     Telephone: (510) 280-2621
13   Fax: (510) 280-2704
     Email: sfama@prisonlaw.com
14          zoe@prisonlaw.com
   Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| ANDREW LANCASTER, et al., | Case No. C 79-01630 WHA |
|---|---|
| Plaintiffs, | |
| v. | STIPULATION AND REQUEST OF COUNSEL TO EXTEND DEADLINE FOR FILING OF REPORT AND RECOMMENDATION BY MAGISTRATE JUDGE NANDOR J. VADAS; [PROPOSED] ORDER |
| MATTHEW CATE, et al., | |
| Defendants, | |
| FREDDIE FUIAVA, | |
| Intervenor. | |

On January 14, 2009, Defendants' motion to modify the April 2, 2008 stipulation was referred to Magistrate Judge Nandor J. Vadas for a report and recommendation to be completed

Stip. EOT Magistrate R&R; Order

1

*Lancaster, et al. v. Cate, et al.*
Case No. C 79-01630 WHA

within fourteen days of the date of the order. (Docket No. 1583.)

In furtherance of the order of referral, on January 23, 2009, Magistrate Judge Vadas visited the East Block housing unit at San Quentin, along with Plaintiffs' counsel Steven Fama, Defendants' counsel Julianne Mossler, Deputy Attorney General Emily Brinkman, Warden Robert Wong, Chief Deputy Warden Max Lemon, Associate Warden Donald Dacanay, Captain Ben Grundy, Lieutenant John Arnold, and other prison staff members. At the conclusion of the inspection, Magistrate Judge Vadas and Plaintiffs' counsel asked to be provided with the following documents relating to living conditions in East Block:

1. East Block Sanitation Officer's Reports from July 2008 to present;

2. Vector Control logs from July 2008 to present;

3. Counseling/disciplinary reports re noise in East Block from July 2008 to present;

4. Inmate Appeals concerning noise in East Block from July 2008 to present;

5. The re-issued memorandum concerning standards for noise in East Block;

6. Inmate Appeals concerning sanitation in East Block from July 2008 to present;

7. A current Post Order for an East Block tier officer;

8. Counseling/disciplinary reports for water on the tiers from July 2008 to present;

9. Work orders for taking the showers off-line from July 2008 to present;

10. All public health alerts or other documents issued since July 2008 regarding rodents in East Block, all non-medical documentation (including 7219 forms) regarding rodent bites in that unit, and any documents or information regarding the presence of rabid rodents in the unit; and

11. Photographs taken in the East Block housing unit on January 23, 2009 at the request of Magistrate Judge Vadas.

Defendants have agreed to provide copies of the above-listed documents, to the extent they exist, to Magistrate Judge Vadas and to Plaintiffs' counsel.

It is agreed that the documents will aid Magistrate Judge Vadas in his evaluation of current conditions in East Block. It is also agreed that collection and review of the above-listed documents will take more time than is presently allowed under the January 14th order.

Stip. EOT Magistrate R&R; Order

*Lancaster, et al. v. Cate, et al.*
Case No. C 79-01630 WHA

2

Counsel for Plaintiffs and counsel for Defendants therefore stipulate and jointly request that the deadline within which Magistrate Judge Vadas must submit his report and recommendation be extended up to and including February 20, 2009. Any objections to the report and recommendation will be filed not later than March 13, 2009.

Respectfully submitted,

Dated: January 28, 2009

The Prison Law Office
DONALD SPECTER
STEVEN FAMA
ZOE SCHONFELD

By: /s/ Steven Fama

STEVEN FAMA

Dated: January 28, 2009

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

JONATHAN L. WOLFF
Senior Assistant Attorney General

TIMOTHY J. McDONOUGH
Deputy Attorney General

JULIANNE MOSSLER
Deputy Attorney General
Attorneys for Defendants Cate and Wong

In accordance with the stipulation of the parties, IT IS SO ORDERED.

Dated: January 29, 2009

IT IS SO ORDERED
Judge William Alsup

_____
United States District Court Judge William H. Alsup

Stip. EOT Magistrate R&R; Order

*Lancaster, et al. v. Cate, et al.*
Case No. C 79-01630 WHA

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   Lancaster, et al. v. Cate, et al.

No.:   C 79-01630 WHA

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On January 28, 2009, I served the attached

**STIPULATION AND REQUEST OF COUNSEL TO EXTEND DEADLINE
FOR FILING OF REPORT AND RECOMMENDATION BY
MAGISTRATE JUDGE NANDOR J. VADAS; [PROPOSED] ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Charles F. A. Carbone, Esq.
Attorney at Law
Law Offices of Charles Carbone
468 Jackson Street, 3rd Floor
San Francisco, CA 94111**
Attorney for Freddie Fuiava

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 28, 2009, at San Francisco, California.

|  L. Santos  |  *(signature)*  |
|---|---|
| Declarant | Signature |