**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE, | No. C 79-01630 WHA |
| Plaintiffs, | **ORDER APPROVING REQUEST TO SUBSTITUTE ROBERT K. WONG FOR DEFENDANT ROBERT L. AYERS, JR.** |
| v. | |
| MATTHEW CATE, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT K. WONG, Acting Warden, San Quentin State Prison, | |
| Defendants. | |

Robert L. Ayers, Jr. is currently named as a defendant in this action in his capacity as warden of California State Prison, San Quentin.  The government has filed a request to substitute Robert K. Wong for Mr. Ayers, explaining that Mr. Ayers has ceased to hold the position and has been lawfully replaced as warden by Mr. Wong.  Pursuant to FRCP 25(d), the request is hereby granted and Mr. Wong is substituted for Mr. Ayers as defendant in this action.

**IT IS SO ORDERED**.

Dated: February 11, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE