IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE, <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW CATE, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT K. WONG, Acting Warden, San Quentin State Prison, <br><br> Defendants. | No. C 79-01630 WHA <br><br> **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATIONS AND ORDER TO SHOW CAUSE** |

The Court is in receipt of Magistrate Judge Nandor Vadas' report and recommendations regarding mediation of the consent decree, filed March 3, 2009. After conducting a "final inspection" of East Block, the condemned housing unit at San Quentin State Prison, the report detailed the prison conditions still governed by the consent decree and gave the prison staff "high marks" for the turn around that they have accomplished. Because no objections were filed, and because the Court has read the report, reviewed the accompanying photos and approves of the findings therein, this order **ADOPTS** the report's findings. The report recommended vacating the consent decree. *See* 18 U.S.C. 3626(b). The parties are requested to respond by **APRIL 6, 2009, AT NOON**, and show cause why the consent decree should not be vacated and the case closed.

Dated: March 25, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE