IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III AND JOHNATON GEORGE,

   Plaintiffs,

   v.

MATTHEW CATE, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT K. WONG, Acting Warden, San Quentin State Prison,

   Defendants.
                                                  /

No. C 79-01630 WHA

**ORDER REGARDING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME**

The Court is in receipt of plaintiffs' request for an extension of time to respond to the March 26 order. The deadline for plaintiffs to respond is extended to Friday, **APRIL 10, 2009**, **AT NOON**.

Dated: April 7, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE