1  EDMUND G. BROWN JR.
   Attorney General of California
2  JONATHAN L. WOLFF
   Senior Assistant Attorney General
3  JULIANNE MOSSLER
   Deputy Attorney General
4  State Bar No. 243749
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102-7004
    Telephone: (415) 703-5746
6   Fax: (415) 703-5843
    E-mail: Julianne.Mossler@doj.ca.gov
7  Attorneys for Defendants Cate and Wong

8  PRISON LAW OFFICE
   DONALD SPECTER, State Bar No. 83925
9  STEVEN FAMA, State Bar No. 99641
   ZOE SCHONFELD, State Bar No. 243755
10  1917 Fifth Street
    Berkeley, CA 94710
11  Telephone: (510) 280-2621
    Fax: (510) 280-2704
12  Email: sfama@prisonlaw.com
    zoe@prisonlaw.com
13 Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW LANCASTER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MATTHEW CATE, et al., <br><br> Defendants, <br><br>—————————————— <br><br> FREDDIE FUIAVA, <br><br> Intervenor. | Case No. C 79-01630 WHA <br><br> JOINT STIPULATION AND [PROPOSED] ORDER FOR PAYMENT OF UNDISPUTED ATTORNEYS' FEES AND COSTS |

///

The parties, through their counsel, have met and conferred regarding Plaintiffs' demand for payment of attorneys' fees and costs for the period of January 1, 2009 through April 20, 2009.

The parties now agree that $3,841.04 is the total undisputed attorneys' fees and costs payable to Plaintiffs' counsel for the period of January 1, 2009 to April 20, 2009.

Defendants agree to pay $3,841.04 to Plaintiffs' counsel as full and final payment of all attorneys' fees and costs associated with this action within 45 days of the entry of the attached order.

Respectfully submitted,

Dated: April 28, 2009

The Prison Law Office
DONALD SPECTER
STEVEN FAMA
ZOE SCHONFELD

*/s/ Steven Fama*

STEVEN FAMA
Attorneys for Plaintiffs

Dated: April 28, 2009

EDMUND G. BROWN JR.
Attorney General of the State of California
JONATHAN L. WOLFF
Senior Assistant Attorney General

*/s/ Julianne Mossler*

JULIANNE MOSSLER
Deputy Attorney General
Attorneys for Defendants Cate and Wong

## ORDER

In accordance with the stipulation of the parties, Defendants will pay $3,841.04 as full and final payment of Plaintiffs' attorneys' fees and costs associated with this action within 45 days of the entry of this order.

IT IS SO ORDERED.

Dated: ~~April~~ May 1, 2009

IT IS SO ORDERED
Judge William Alsup

Honorable William H. Alsup,
United States District Court Judge

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Lancaster, et al. v. Cate, et al.**
No.: **C 79-01630 WHA**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 30, 2009, I served the attached

**JOINT STIPULATION AND [PROPOSED] ORDER FOR PAYMENT OF UNDISPUTED ATTORNEYS' FEES AND COSTS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Charles F. A. Carbone, Esq.**
**Attorney at Law**
**Law Offices of Charles Carbone**
**468 Jackson Street, 3rd Floor**
**San Francisco, CA 94111**
Attorney for Freddie Fuiava

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 30, 2009, at San Francisco, California.

| L. Santos | Signature |
|---|---|
| Declarant | |

SF2008401302
20197557.doc