IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW LANCASTER, JEFFERY MILLS, DEXTER WILLIAMS, WILLIAM DENNIS, STEVE LIVADITIS, JIMMY VAN PELT, H. LEE HEISHMAN III and JOHNATON GEORGE,

    Plaintiffs,

  v.

MATTHEW CATE, Acting Secretary, California Department of Corrections and Rehabilitation, and ROBERT K. WONG, Acting Warden, San Quentin State Prison,

    Defendants.

No. C 79-01630 WHA

**ORDER RE SECOND LETTER FROM THEODORE SHOVE**

In a letter dated May 27, 2014, Theodore Shove, a *pro se* prisoner at San Quentin State Prison, submitted "Legal Notice of Intent to Reopen the Thompson/Lancaster Decree," providing "Formal Legal Notice" to "the Warden of San Quentin State Prison." In essence, his letter concerns how "Basically All of the Terms and Agreements relating to the Conditions of Confinement of San Quentin's Condemned Prisoners have all but deteriorated completely since the U.S. District Court Terminated the Thompson/Lancaster Decree" in this class action.

This action was closed more than five years ago. No proper grounds have been given by Mr. Shove to reopen this action (even assuming that he was a class member). Accordingly, his request to reopen this action is **DENIED**. Mr. Shove, however, is free to begin a new lawsuit (assuming that he is not already a litigant in another proceeding concerning this matter).

**IT IS SO ORDERED.**

Dated: June 2, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE